# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-3071

_____

Byron K. Daniels

*Plaintiff - Appellant*

v.

Department of Housing and Urban Development; Metropolitan Housing Alliance; Robyn Hornes; Kathy Washington; Sunset Terrance; Kalimba Summerville

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: July 6, 2018
Filed: July 12, 2018
[Unpublished]

_____

Before WOLLMAN, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Byron K. Daniels appeals the order of the district court[1] dismissing with prejudice his claims brought under 42 U.S.C. §§ 3604(a)-(b), (f) (the Fair Housing

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.

Act); 1982 (property rights of citizens); and 1983 (civil action for deprivation of rights). After de novo review, see Carter v. Huterson, 831 F.3d 1104, 1107 (8th Cir. 2016) (standard of review for grant of motion to dismiss for failure to state claim), we conclude that the district court did not abuse its discretion when it dismissed with prejudice all of Daniels's claims against the defendants, see Wright v. Anthony, 733 F.2d 575, 577 (8th Cir. 1984) (where complaint on its face showed that no cause of action could be stated against defendants and dismissal with leave to amend would serve no useful purpose, court clearly was acting within its discretion in dismissing complaint with prejudice).

The judgment is affirmed. See 8th Cir. R. 47B.

_____